IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CRAIG WIGGINS, et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | |
| | : | |
| **GERALD T SALAMONE,** | : | |
| *Defendant.* | : | **NO. 23-cv-02455** |

# O R D E R

**AND NOW,** this 19th day of January 2024, it having been reported that the issues between the parties in the above action have been settled (counsel email attached as Exhibit A) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

Civ. 2 41.1(b) (3/18)

# EXHIBIT A

| | |
|---|---|
| **From:** | Sara Zalesky |
| **To:** | Chambers of Judge Chad F Kenney |
| **Cc:** | Stephen R. McDonnell; "Scott Russ"; "Michelle Lunger" |
| **Subject:** | Wiggins v. Salamone - No. 23-2455 |
| **Date:** | Thursday, January 18, 2024 10:54:35 AM |
| **Attachments:** | image001.png |
| | image002.png |

**CAUTION - EXTERNAL:**

Good morning Judge Kenney.

Kindly be advised the above referenced matter has settled.

Thank you.


**Sara B. Zalesky**
**Litigation Legal Assistant**
Main: (610) 696-8225  x 1240
Fax:  (610) 344-0922
Email:  szalesky@gawthrop.com

17  E. Gay Street, Suite 100         ||         3711 Kennett Pike, Suite 100
West Chester, PA 19380                ||         Wilmington, DE 19807

Visit us on the web at www.gawthrop.com

*Proudly serving our community for more than a century. Please take a moment to leave us a Google Review.*

---

This email message and any documents, files, or previous email messages attached to it, are for the sole use of the intended recipient(s).  Any unauthorized review, use, disclosure, or distribution is prohibited.  The contents of this email may be confidential and may be subject to the attorney-client privilege and/or work product doctrine.  If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution, or use of any of the information contained in, or attached to this email transmission, is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify our firm by forwarding this email to szalesky@gawthrop.com or calling (610) 696-8225 and destroy all copies of the original message and its attachments.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.